IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| APPLIED CERAMICS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 2:07-0073 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| LOGIMEX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon notice of dismissal (Docket Entry No. 19) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby voluntary **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 27th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge